FILED
March 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
            Deputy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:23-CR-00466-KC |
| Plaintiff, | § § | **S E A L E D** |
| v. | § § | **I N D I C T M E N T** |
| MIGUEL ANGEL DELGADO, JR. | § § § | **CTS 1 and 2:**  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law |
| Defendant. | § § § | **CT 3:** 18 U.S.C. § 1519 – Falsification of Records in Federal Investigations |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 242)
Deprivation of Rights Under Color of Law

On or about June 15, 2020, at the Bridge of the Americas Port of Entry, within the Western District of Texas, the Defendant,

**MIGUEL ANGEL DELGADO, JR.,**

while acting under color of law as a United States Customs and Border Protection Officer, assaulted R.E., a person known to the grand jury, thereby willfully depriving R.E. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer.  The offense resulted in bodily injury to R.E.

In violation of Title 18, United States Code, Section 242.

**COUNT TWO**
(18 U.S.C. § 242)
Deprivation of Rights Under Color of Law

On or about October 20, 2019, at the Bridge of the Americas Port of Entry, within the Western District of Texas, the Defendant,

**MIGUEL ANGEL DELGADO, JR.,**

while acting under color of law, assaulted T.E.E., a person known to the grand jury, thereby willfully depriving T.E.E. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to T.E.E.

In violation of Title 18, United States Code, Section 242.

**COUNT THREE**
(18 U.S.C. § 1519)
Destruction, Alteration, or Falsification of Records in Federal Investigations

On or about June 15, 2020, within the Western District of Texas, the Defendant,

**MIGUEL ANGEL DELGADO, JR.,**

in relation to and in contemplation of a matter within the jurisdiction of the United States Customs and Border Protection (CBP) and the Department of Homeland Security (DHS), agencies of the United States, knowingly falsified and made a false entry in a document with the intent to impede, obstruct, or influence the investigation and proper administration of the matter within federal jurisdiction.

Specifically, the Defendant submitted a CBP Incident Log Report for the use of force incident involving R.E. (1) falsely claiming that he "turned [R.E.] around while sitting in the chair in order to place [R.E.] in hand restraints;" and (2) falsely claiming that R.E. "kept trying to push back and push" the Defendant "off of [R.E.'s] back." In violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Patricia Aguayo
Assistant United States Attorney

BY: _____
Olimpia E. Michel
Trial Attorney
Civil Rights Division, Department of Justice