**FILED**
March 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____DT_____
DEPUTY

**U.S. Department of Justice**
United States Attorney

# United States District Court
## Western District of Texas

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **MIGUEL ANGEL DELGADO, JR,** | § § | **EP-23-CR-466-KC** |
| Defendant. | § § | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this __9th__ day of __March__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **MIGUEL ANGEL DELGADO, JR.** | Bond |