**U.S. Department of Justice**

Civil Rights Division

---

OEM

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

*Criminal Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

December 13, 2023

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      RE:    <u>**U.S. v. MIGUEL ANGEL DELGADO, JR.**</u>
                COURT NUMBER: EP:23-CR-00466-KC(1)

Dear Sir or Madam:

    This is to request that the undersigned Trial Attorney be **removed** as counsel assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

Respectfully submitted,

KRISTEN M. CLARK
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE


BY:     <u>/s/ Olimpia E. Michel</u>
          Olimpia E. Michel
          Trial Attorney
          Criminal Section, Civil Rights Division
          U.S. Department of Justice
          New York Bar #: 4358321
          Tel:        (202) 616-3954
          E-mail:    olimpia.michel@usdoj.gov