# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | **CAUSE NO. EP: 23-CR-0466-KC** |
| v. § | |
| § | |
| **MIGUEL ANGEL DELGADO JR.,** § | |
| § | |
| Defendant. § | |

## NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Notice of Intent informing the Court, and all parties involved, of the Government's intent to introduce into evidence business records at the trial of the above-named Defendant, through a Certificate of Authenticity, and would respectfully show the Court the following.

Pursuant to the requisites of Fed.R.Evid. 803(6), it is the Government's intention to introduce into evidence business records obtained from the Department of Homeland Security (DHS), Customs and Border Protection (CBP). Specifically, the Training Records dated from August 27, 2013 to February 27, 2020 of the Defendant.

These records were kept by an employee for DHS / CBP in his or her regular conducted course of business activity.

Pursuant to the requisites of Fed.R.Evid. 902(11), the records will be introduced through a Certificate of Authenticity from the Custodian of Records and/or an employee of DHS / CBP having produced, maintained and/or kept the records in his or her regular course of business and in his or her capacity as an employee of DHS / CBP.

A copy of the certificate will be made available to the defense.

                Respectfully submitted,

                JAIME ESPARZA
                UNITED STATES ATTORNEY

By:   *Patricia Aguayo*
      PATRICIA AGUAYO
      Assistant U.S. Attorney
      Texas Bar #24059359
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      (915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 28th day of March, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to following:

Eduardo Lerma and Veronica Teresa Lerma
Counsel for the Defendant

                *Patricia Aguayo*
                Patricia Aguayo
                Assistant United States Attorney