UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | EP:23-CR-00466(1)-KC |
| MIGUEL ANGEL DELGADO JR. | § | |

**DEFENDANT'S MOTION TO PRODUCE**

To the Honorable Judge of Said Court:

Defendant MIGUEL ANGEL DELGADO JR., through his attorneys of record, Eduardo N Lerma, Sr., and Veronica T. Lerma, respectively, moves this Court for an Order pursuant to the Court's Standing Discovery Order and the constitutional due process mandates enunciated in *Brady v Maryland*, 373 U.S. 83 (1963), directing the Government to permit discovery inspection or copying of the following:

**I.**

Defendant requests that the Government furnish copies of or make available to for inspection and copying the following documents:

1) The Significant Incident Report(s) issued for the incident alleged in Count I.
2) The Significant Incident Report(s) issued for the incident alleged in Count I.
3) The Significant Incident Report(s) issued for the incident alleged in Count II.
4) The Significant Incident Report(s) issued for the incident alleged in Count II.
5) The Employment Departure Report issued to Defendant MIGUEL ANGEL DELGADO JR.

1

## II.

That requested production is crucial to the defense and is discoverable under *Brady*.

## III.

**Wherefore, Premises Considered**, Defendant MIGUEL ANGEL DELGADO JR. respectfully prays the Court grant Defendant's *Motion to Produce*, in all things, as expeditiously as possible.

      Respectfully submitted,

**Eduardo N. Lerma, Sr. Law Offices**
1417 Montana Avenue
El Paso, Texas 79902
Tel: 915-533-0177

/s/ Eduardo N. Lerma, Sr.
Eduardo N. Lerma, Sr.
Texas State Bar No. 12221300
enl1417@aol.com

**Veronica Teresa Lerma**
LERMA LAW
1417 Montana Avenue
El Paso, Texas 79902
T.: 915.533.4779

  /s/ Veronica Teresa Lerma
Veronica Teresa Lerma
Texas State Bar No. 24062846
vtlermalaw@gmail.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on April 03, 2024, a copy of this *Motion to Produce* was electronically served using the efiling system in accordance with the Federal Rules of Criminal Procedure to all parties:

/s/ Eduardo N. Lerma, Sr.
Eduardo N. Lerma, Sr.

/s/ Veronica Teresa Lerma
Veronica Teresa Lerma

*Attorneys for Defendant*