UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:23-CR-00466(1)-KC |
| | § | |
| (1) Miguel Angel Delgado Jr. | § | |

# LIST OF WITNESSES (BENCH TRIAL 4/29/24)

## FOR GOVERNMENT

| 7. | MATHEW HARVEY |
|---|---|
| 8. | NIEVA ESPINOSA |
| 9. | LOUIS STOCKLEY |